UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                          CASE NO. 09-32358
RON CANEN                                       Chapter 7
LOTTE CANEN,
          Debtors.

### TRUSTEE'S NOTICE OF DEPOSIT OF SMALL DIVIDENDS

Gary D. Boyn, Trustee, notifies the Court, pursuant to Bankruptcy Rules 3010 and 3011 that

Claimant 6, Radiology, Inc., c/o Diamond & Diamond, PO Box 1875, South Bend, IN 46634, is

entitled to interim distribution on allowed claims in the amount of $2.36, which amount Trustee now

deposits in the U.S. Bankruptcy Clerk's Registry Account, as small dividends, for the use and benefit

of said claimant.

Dated: July 26, 2010                            /s/ Gary D. Boyn
                                                Gary D. Boyn, Trustee
                                                121 W. Franklin St., Suite 400
                                                Elkhart, IN 46516
                                                (574) 294-7491

### CERTIFICATE OF SERVICE

The undersigned hereby certifies service of the foregoing was sent electronically via the Bankruptcy
Clerk's ECF System or has been made by placing a copy thereof in the United States mail, first class
postage prepaid, this 26th day of July, 2010:  Radiology, Inc., c/o Diamond & Diamond, PO Box
1875, South Bend, IN 46634, Ron & Lotte Canen, 54706 CR 101, Elkhart, IN  46514;

U.S. Trustee's Office:                          USTPRegion10.SO.ECF@usdoj.gov

                                                /s/ Gary D. Boyn